# Court of Appeals
# of the State of Georgia

ATLANTA,   September 22, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0099. NOAH S. ROSNER v. BARBARA JO CALL.**

Noah S. Rosner filed an application for discretionary appeal, seeking review of the trial court's order denying his motion to set aside a judgment under OCGA § 9-11-60 (g). Such orders are generally directly appealable, so we granted the application under OCGA § 5-6-35 (j). Case Number A15D0501 (Aug. 11, 2015). Rosner filed a notice of appeal following our grant of his discretionary application, and that notice of appeal is now before us. It appears, however, that Rosner had previously filed a notice of appeal from the same order in the trial court, and that appeal has been docketed in this Court as Case Number A16A0007. Because this case is duplicative of Case Number A16A0007, we hereby DISMISS this case as superfluous. Case Number A16A0007 remains pending for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    09/22/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*